# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0148, <u>Steven P. Marshall & a. v. Tricia L. Hicks</u>, the court on May 14, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The defendant, Tricia L. Hicks, appeals orders of the Superior Court (<u>Delker</u>, J.), issued following a multi-day trial, granting declaratory and injunctive relief, as well as certain attorney's fees and costs, to the plaintiffs, Steven P. Marshall and Erica A. Marshall, in the parties' dispute over the scope of an easement. The defendant advances a variety of arguments challenging the trial court's orders. As the appealing party, the defendant has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's thorough and well-reasoned orders, the defendant's challenges to them, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error and affirm the court's decision. <u>See</u> <u>id</u>.; <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**